UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LAWRENCE H. BENDZEN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00017-TWP-MPB |
| | ) | |
| J. R. THOMAS Officer, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MINUTE ENTRY FOR APRIL 23, 2019
## TELEPHONIC INITIAL PRETRIAL CONFERENCE

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, in Evansville, Indiana, at 10:30 A.M. (CST), on April 23, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were represented by counsel.

A settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

Within forty five (45) days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

**SO ORDERED.**

Dated: April 26, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

Served electronically on all ECF-registered counsel of record.