UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| LAWRENCE H. BENDZEN and | ) | |
| LINDA A. BENDZEN | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | CASE NO.  3:19-cv-00017-TWP-MPB |
| | ) | |
| OFFICER J.R. THOMAS, OFFICER W.R. | ) | |
| ARBAUGH, A.A. AFIFI, D.E. DEEG, | ) | |
| J.A. JACKSON, A.A. MCCORMICK, | ) | |
| N.A. MEEKS, D.P. MURRAY, | ) | |
| C.W. NUTT, C.P. OFFERMAN, | ) | |
| DETECTIVE NATHAN HASSLER, | ) | |
| DETECTIVE BRIAN WATSON, and | ) | |
| THE CITY OF EVANSVILLE | ) | |
| Defendants | ) | |

**STIPULATION OF DISMISSAL**


Come now the Plaintiffs, Lawrence H. Bendzen and Linda A. Bendzen, by counsel, John

A. Goodridge, and come now the Defendants, Officer J.R. Thomas, Officer W.R. Arbaugh, A.A.

Afifi, D.E. Deeg, J.A. Jackson, A.A. McCormick, N.A. Meeks, D.P. Murray, C.W. Nutt, C.P.

Offerman, Detective Nathan Hassler, Detective Brian Watson, and the City of Evansville, by

counsel, Keith W. Vonderahe, and advise the Court that all parties have executed a Settlement

Agreement and Mutual General Release dated the 29th day of May, 2019, pursuant to which they

have agreed to stipulate to the dismissal with prejudice of the within cause, each party bearing its

or their own costs and attorney fees.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(ii), the parties,

by and through their respective attorneys, do now hereby stipulate that the within cause be, and is

hereby, in all respects dismissed with prejudice and that each party shall bear their own costs and

attorney fees herein.

Respectfully submitted,


*s/Keith W. Vonderahe*
Keith W. Vonderahe
kvonderahe@zsws.com

Attorneys for Defendants


*/s/John Andrew Goodridge*
John Andrew Goodridge
jagoodridge@jaglo.com

Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I certify that on May _____, 2019, a copy of the foregoing pleading was filed
electronically.  Notice of this filing will be sent to the following parties by operation of the
Court's electronic filing system.  Parties may access this filing through the Court's system.

John Andrew Goodridge, Esq.
jagoodridge@jaglo.com


*s/Keith W. Vonderahe*
Keith W. Vonderahe