UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LAWRENCE H. BENDZEN and<br>LINDA A. BENDZEN<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>OFFICER J.R. THOMAS, OFFICER W.R.<br>ARBAUGH, A.A. AFIFI, D.E. DEEG,<br>J.A. JACKSON, A.A. MCCORMICK,<br>N.A. MEEKS, D.P. MURRAY,<br>C.W. NUTT, C.P. OFFERMAN,<br>DETECTIVE NATHAN HASSLER,<br>DETECTIVE BRIAN WATSON, and<br>THE CITY OF EVANSVILLE<br>　　　　Defendants | )<br>)<br>)<br>)<br>)    CASE NO.  3:19-cv-00017-TWP-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DISMISSAL ENTRY**

The parties herein having filed their Stipulation of Dismissal, and the Court having examined the same and having found the same to be in compliance with the provisions of Federal Rule of Civil Procedure 41(a)(ii), and the Court being duly advised,

IT IS NOW ORDERED that the within cause be, and it is hereby, dismissed with prejudice and that each party should bear their own costs and attorneys' fees herein.

DATED this _____ day of _____, 2019.

_____
Judge, United States District Court
Southern District of Indiana
Evansville Division